■

**COM.**

v.

**DINON, E.**

**1748 EDA 2016**

Superior Court of Pennsylvania.

05/18/2017

CP–15–CR–0003247–2015 (Chester)

Affirmed

■

**M.C.**

v.

**J.R.G.**

**1828 EDA 2016**

Superior Court of Pennsylvania.

05/18/2017

Case ID No. 487115655
Docket No. DR–159015
OOS ID No. 1266400664
PACSES No. 487115655
(Northampton)

Affirmed

■

**TRICOME, D.**

v.

**AUTOMATTIC, INC.**

**3399 EDA 2016**

Superior Court of Pennsylvania.

05/18/2017

Reargument Denied 7/19/2017

2011–03065 (Montgomery)

Quashed

■

**COM.**

v.

**COULTER, D., Jr.**

**1599 MDA 2016**

Superior Court of Pennsylvania.

05/18/2017

CP–40–CR–0003126–2006
(Luzerne)

Affirmed—Application to Withdraw as Counsel Granted

